# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
13 SEP 18 PM 2:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Barry T. Moskowitz
FROM: D. Sutton            , Deputy Clerk   RECEIVED DATE: 9/13/2013
CASE NO. 13CV01542-BTM-NLS   DOCUMENT FILED BY: Salam Mahmood
CASE TITLE: Mahmood v. USA
DOCUMENT ENTITLED: Objection to Motion to Dismiss

Upon the submission of the attached document(s), the following discrepancies are noted:

|   | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☒ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☒ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Lacking proof of service; non-compliance with Local Rule 5.1(a) re legibility. |

**Date Forwarded: 9/13/2013**

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 9/18/13           CHAMBERS OF:   The Honorable Barry T. Moskowitz
cc: All Parties          By: JB